1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10   MOUA VUE,

11          Petitioner,              No. CIV-S-05-0981 DFL KJM P

12      vs.

13   JEANNE WOODFORD,

14          Respondent.             ORDER

15   _____/

16          Petitioner is a California prisoner proceeding pro se with an application for writ of

17   habeas corpus under 28 U.S.C. § 2254.  Petitioner's application was filed on May 17, 2005.  On

18   December 27, 2005, respondent filed a motion to dismiss in which respondent asserts petitioner

19   has failed to exhaust state court remedies with respect to his claims.

20          On January 17, 2006, petitioner filed a motion seeking leave to amend his habeas

21   application along with a proposed amended application and request that the application be stayed

22   pending the exhaustion of state court remedies. On May 4, 2006 petitioner filed a notice in which

23   petitioner asserts that he has now exhausted state court remedies with respect to all of the claims

24   raised in the proposed amended habeas application.

25   /////

26   /////

                                    1

1    Under Federal Rule of Civil Procedure 15(a) a party may amend his pleading once

2 as a matter of course anytime before a responsive pleading is filed.[1]  Therefore, respondent's

3 motion to dismiss will be denied as moot and petitioner's January 17, 2006 motion to amend will

4 be granted.  Because petitioner has now exhausted state court remedies, petitioner's request for a

5 stay will be denied as moot.  Respondent will be directed to file an answer with respect to

6 petitioner's amended application within sixty days.

7    Accordingly, IT IS HEREBY ORDERED  that:

8    1.  Respondent's December 27, 2005 motion to dismiss is denied.

9    2.  Petitioner's January 17, 2006 motion to amend is granted.

10    3.  Petitioner's January 17, 2006 request that this matter be stayed is denied.

11    4.  Respondent is directed to file an answer within sixty days from the date of this

12 order.  See Rule 4, Rules Governing Section 2254 Cases.  Respondent shall include with the

13 answer any and all transcripts or other documents relevant to the determination of the issues

14 presented in the application.  Rule 5, Rules Governing Section 2254 Cases.

15    5.  Petitioner's traverse, if any, is due on or before thirty days from the date

16 respondent's answer is filed.

17 DATED:  May 25, 2006.

18

19                  _____

              UNITED STATES MAGISTRATE JUDGE

20

21

22

23 [1]

  vue0981.am

24

25

26    [1]  A motion to dismiss is not a "responsive pleading" for purposes of Rule 15(a).  Nolen
v. Fitzharris, 450 F.2d 958 (9th Cir. 1971).