IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MOUA VUE,**<br><br>　　　　　　　　　　Petitioner,<br><br>　　v.<br><br>**JEANNE WOODFORD,**<br><br>　　　　　　　　　　Respondent. | CIV-S-05-0981 DFL KJM P<br><br>**ORDER** |

　　　　GOOD CAUSE APPEARING,

　　　　IT IS ORDERED that Respondent's application for an enlargement of time is granted. The answer to the petition for writ of habeas corpus shall be filed on or before August 6, 2006.

Dated: July 28, 2006.

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

Order

1