IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MONA VUE

    Petitioner,               No. CIV S-05-00981 JAM KJM P

    vs.

JEANNE WOODFORD

    Respondents.          <u>ORDER</u>

_____/

    Petitioner, a state prisoner proceeding with counsel, has timely filed a notice of appeal of this court's October 14, 2009, denial of his application for a writ of habeas corpus. Before petitioner can appeal this decision, a certificate of appealability must issue. 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).

    A certificate of appealability may issue under 28 U.S.C. § 2253 "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). The court must either issue a certificate of appealability indicating which issues satisfy the required showing or must state the reasons why such a certificate should not issue. Fed. R. App. P. 22(b).

/////

1

1       For the reasons set forth in the magistrate judge's June 12, 2009, findings and
2 recommendations, petitioner has not made a substantial showing of the denial of a constitutional
3 right.  Accordingly, a certificate of appealability should not issue in this action.
4       IT IS SO ORDERED.
5 DATED: June 17, 2010

                /s/ John A. Mendez
6                 U. S. DISTRICT COURT JUDGE